UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————

CROWN CASTLE NG EAST LLC,

                              Plaintiff,

          -against-                              17-CV-3445(SJF)(ARL)


THE TOWN OF OYSTER BAY, THE TOWN OF          **NOTICE OF APPEAL**
OYSTER BAY TOWN BOARD, RICHARD LENZ
in his official capacity as Commissioner of the Town
of Oyster Bay Highway Department and Department
of Public Works, and JOHN BISHOP in his official
capacity as Deputy Commissioner of the Town of
Oyster Bay Highway Department,

                              Defendants.
———————————————————————

   **NOTICE IS HEREBY GIVEN** that plaintiff Crown Castle NG East LLC through its

undersigned attorneys hereby appeals to the United States Court of Appeals for the Second

Circuit from the final judgment entered in this action on the 12th day of May 2020.

Dated: June 5, 2020

          Respectfully submitted,

          SNYDER & SNYDER, LLP

        By: /s/ Robert D. Gaudioso
          Robert D. Gaudioso
          Carlotta Cassidy
          94 White Plains Rd.
          Tarrytown, NY 10591
          (914) 333-0700
          rgaudioso@snyderlaw.net
          ccassidy@snyderlaw.net
          *Counsel for Plaintiff Crown Castle*
          *NG East LLC*